IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:08-CR-00364 LJO |
| vs. | ) | ORDER OF RELEASE |
| HENRY JAMES CANTY, | ) | |
| Defendant. | ) | |

The above-named defendant having been sentenced on March 12, 2012,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of the Turning Point in Fresno, California on Wednesday, March 14, 2012. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   March 14, 2012**                          **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE