IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. 1:08-CR-00364 LJO |
| vs. | ) | ORDER OF RELEASE |
| HENRY JAMES CANTY, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on October 7, 2013, supervised release granted on 5/29/2009, is hereby committed to Bureau of Prison for a term of 40 days (TIME SERVED).

IT IS HEREBY ORDERED that the defendant shall be released directly to a representative of WestCare, Inc. on Thursday, October 10, 2013. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated: October 7, 2013**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1